834 A.2d 397

IN THE MATTER OF RICHARD C. SWARBRICK, AN ATTORNEY
AT LAW (ATTORNEY NO. 189991958).

November 13, 2003.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 03–160, concluding that **RICHARD C. SWAR-BRICK** of **PISCATAWAY**, who was admitted to the bar of this State in 1958, should be reprimanded for violating *RPC* 3.2 (failure to expedite litigation) and *RPC* 3.5(c) (conduct intended to disrupt a tribunal), and good cause appearing;

It is ORDERED that **RICHARD C. SWARBRICK** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.